JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:        Dejan_Gantar@fd.org

Counsel for Defendant NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 26-CR-70438 MAG |
| Plaintiff, | **STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE RE: TRAVEL; [PROPOSED] ORDER** |
| v. | |
| HOANG NGUYEN, | |
| Defendant. | |

**STIPULATION**

Defendant Hoang Nguyen, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Kenneth Chambers, hereby stipulate and respectfully request that the Court modify Mr. Nguyen's conditions of pretrial release to allow him to travel to Stockton, located in the Eastern District of California, between June 13-June 15, 2026. Mr. Nguyen's mother recently passed. The purpose of the proposed travel is so that Mr. Nguyen may travel and attend his mother's funeral and memorial.

Mr. Nguyen resides in San Jose, and his current conditions, which require that he not travel outside the Northern District, do not permit the proposed travel.  Accordingly, the parties make the

STIPULATION AND [PROPOSED] ORDER
*NGUYEN*, 26-CR-70438 MAG

1

instant request.

Defense counsel has conferred with Pretrial Services Officer Shafia Khanoon, who does not oppose this request.

IT IS SO STIPULATED.

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

Dated:      June 9, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S/

DEJAN M. GANTAR
Assistant Federal Public Defender

Dated:      June 9, 2026

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S/

KENNETH CHAMBERS
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon the parties' stipulation, IT IS HEREBY ORDERED that the defendant's pretrial release conditions are modified temporarily to permit the defendant to travel from San Jose to Stockton between June 13-June 15, 2026, in the Eastern District of California.

All other conditions remain in full effect.

**IT IS SO ORDERED.**

Dated:    June 9, 2026

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

[~~PROPOSED~~] ORDER
*NGUYEN*, 26-CR-70438 MAG