JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HOANG NGUYEN,<br>Defendant. | **Case No.:** 26-CR-70438 MAG (VKD)<br>**STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE RE: TRAVEL; [~~PROPOSED~~] ORDER** |

## STIPULATION

Defendant Hoang Nguyen and the Government hereby stipulate and respectfully request that the Court modify Mr. Nguyen's conditions of pretrial release to allow him to travel to Orange County, located in the Central District of California, between November 13-November 16, 2026. The purpose of the travel is for Mr. Nguyen to help clean out his mother-in-law's home after her recent passing.

Mr. Nguyen resides in San Jose, and his current conditions, which require that he not travel outside the Northern District, do not permit the proposed travel. Accordingly, the parties make the instant request.

Defense counsel has conferred with Pretrial Services Officer Shafia Khanoon, who does not

oppose this request.

IT IS SO STIPULATED.

Dated: November 4, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S/
DEJAN M. GANTAR
Assistant Federal Public Defender

Dated: November 4, 2026

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S/
KENNETH CHAMBERS
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

GOOD CAUSE APPEARING, upon the parties' stipulation, IT IS HEREBY ORDERED that the defendant's pretrial release conditions are modified temporarily to permit the defendant to travel from San Jose to Orange County between November 13-November 16, 2026, in the Central District of California.

All other conditions remain in full effect.

**IT IS SO ORDERED.**

Dated: November 4, 2026

Virginia K. DeMarchi
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge